**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jason Y. Chao, Esq. (SBN 250735)
Angela Martin, Esq. (SBN 238426)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com
amartin@aguileargroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, <br><br> Plaintiffs, <br> v. <br><br> CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:15-cv-02390-WBS-KJN <br> Hon. William B. Shubb <br><br> **ORDER ON JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** <br><br> [Filed concurrently with Joint Stipulation to Dismiss Action without Prejudice] <br><br> Judge Kendall J. Newman <br> US Magistrate Judge |

The Court, having read and considered the Joint Stipulation to Dismiss Action without Prejudice and good cause appearing therefore, HEREBY ORDERS that the entirety of the action is dismissed without prejudice, with each party to bear its own costs as to that claim.

Wilhite

1

Case No.:   2:15-cv-02390-WBS-KJN
**[PROPOSED] ORDER ON JOINT STIPULATION TO ACTION WITHOUT PREJUDICE**

1    IT IS SO ORDERED:

2    Dated:  February 4, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE